UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**FRANK M. GOLDMAN**

    **V.**                                     **CIVIL ACTION NO. 04-10998-RGS**

**UNITED STATES OF AMERICA**

# **O R D E R**

**STEARNS, DJ.**                                                              **SEPTEMBER 2, 2005**

**PURSUANT TO RULE 4(b) OF THE RULES GOVERNING SECTION 2241 CASES, THE CLERK OF THIS COURT IS HEREBY ORDERED TO SERVE A COPY OF THE PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY UPON THE OFFICE OF THE UNITED STATES ATTORNEY AND THE UNITED STATES BUREAU OF PRISONS, <u>BY CERTIFIED MAIL.</u>**

**IT IS FURTHER ORDERED THAT THE RESPONDENTS SHALL, WITHIN THIRTY (30) DAYS OF RECEIPT OF THIS ORDER, FILE AN ANSWER OR OTHER RESPONSIVE PLEADING TO THE PETITION FOR WRIT OF HABEAS CORPUS, WITH SERVICE OF SAME ON THE PETITIONER.**

**SO ORDERED.**

                                                                          **/s/ RICHARD G. STEARNS**
                                                                          _____
                                                                          **UNITED STATES DISTRICT JUDGE**