UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-10998-RGS

FRANK GOLDMAN

v.

UNITED STATES OF AMERICA

PROCEDURAL ORDER OF DISMISSAL

April 17, 2007

STEARNS, D.J.

On October 18, 2005, the above-captioned petition was stayed as duplicative of a nearly identical petition, Goldman v. United States, 04-CV-12712-MLW, pending before Chief Judge Wolf. It is apparent from an examination of the docket that the case before Chief Judge Wolf is being actively litigated. Consequently, this petition will be DISMISSED without prejudice pending resolution of the case before Chief Judge Wolf.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE